IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DOMINGO MELERO-VALDEZ,

    Defendant.

Case No. 1:16-cr-4361-JMC

## **ORDER GRANTING UNOPPOSED MOTION TO DISMISS THE INDICTMENT**

On July 23, 2018, the United States filed an Unopposed Motion to Dismiss the Indictment. In that motion, the United States states that under the terms of the plea agreement, the United States agreed to dismiss the Indictment in this cause as to Defendant Domingo Melero-Valdez. The United States represents that the Defendant does not oppose the motion to dismiss the indictment.

FOR GOOD CAUSE SHOWN, this Court GRANTS Defendant's Unopposed Motion to Dismiss the Indictment (Doc. 43) and DISMISSES the Indictment (Doc. 1).

IT IS SO ORDERED.

Entered for the Court
this the 24th day of July, 2018

/s/ Joel M. Carson III_____
Joel M. Carson III
United States Circuit Judge
Sitting by Designation